IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PHILIP GOTCHER, on behalf of, himself and others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>BRARA GEOLOGIC CONSULTING. LLC,<br><br>*Defendant*. | CV-15-33-BLG-BMM<br><br>**FINAL JUDGMENT** |

Brara Geologic Consulting, LLC (Brara) failed to show cause as to why judgment should not be entered. It is, therefore, ORDERED that Plaintiffs Philip Gotcher, Nicholas Humphreys, Jeffrey Parsley, and Randolph Whitmore (Plaintiffs) take judgment against Brara as follows:

(1) Brara owes Philip Gotcher $29,764.17 in unpaid overtime wages and $29,764.17 as liquidated damages;

(2) Brara owes Nicholas Humphreys $32,468.33 in unpaid overtime wages and $32,468.33 as liquidated damages;

(3) Brara owes Jeffrey Parsley $1,512.50 in unpaid overtime wages and $1,512.50 as liquidated damages;

(4) Brara owes Randolph Whitmore $15,684.17 in unpaid overtime wages and $15,684.17 as liquidated damages;

(5)   Brara also owes o Plaintiffs reasonable attorneys' fees in the amount of $17,100 and costs in the amount of $3,155.32.

(6)   The total amount of this judgment in favor of Plaintiffs, including unpaid overtime damages, liquidated damages, attorneys' fees and costs is $179,113.65.

It is so ORDERED.

DATED this 17th day of August, 2016.

_____
Brian Morris
United States District Court Judge